# Affidavit Supporting the Complaint for Forfeiture In Rem Filed Under Seal