IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO: 4:20-cv-00960 |
| | § | |
| $902,746.64 IN UNITED STATES | § | |
| CURRENCY, et al | § | |
| Defendant. | § | |

## UNITED STATES' MOTION TO SEAL THE AFFIDAVIT SUPPORTING THE COMPLAINT FOR FORFEITURE IN REM

The United States, by and through Stephen J. Cox, United States Attorney for the Eastern District of Texas, and Kevin McClendon, Assistant United States Attorney for the Eastern District of Texas, files this Motion to Seal the Affidavit Supporting the Complaint for Forfeiture In Rem and would show the Court as follows:

The United States has an ongoing criminal investigation regarding the subject matter contained in the affidavit of Marcus West supporting the complaint. The United States requests that the affidavit hereafter in this case be placed under seal. The United States requests that the Court grant this Motion to Seal the Affidavit Supporting the Complaint for Forfeiture In Rem.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Kevin McClendon*
Kevin McClendon
Assistant United States Attorney

**United States' Motion to Seal the Affidavit supporting the Complaint for Forfeiture In Rem - Page 1**

State Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)