FILED: **12/30/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> v. <br><br> $902,746.64 IN UNITED STATES CURRENCY, et al <br> Defendant. | § § § § § § § § § § No. 4:20-cv-00960 |

## WARRANT OF ARREST IN REM

TO:  The United States Marshals Service for the Eastern District of Texas and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

On December 17, 2020, the United States filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Texas against the following:

    a.    $902,746.64 seized from Wells Fargo Bank Account #2525,

    b.    $234,775.25 seized from Zameer Lokhandwalla on June 18, 2020,

    c.    $34,424.46 seized from Whitney and Hancock Bank Account #0205 on June 19, 2020,

    d.    $27,181.88 seized from Wells Fargo Bank Account #9841 on June 19, 2020,

    e.    $899.00 seized from Zameer Lokhandwalla on June 18, 2020,

    f.    2016 Mercedes Benz GL450, VIN: 4JGDF6EEXGA667374, seized from Zameer Lokhandwalla on June 18, 2020,

**Warrant of Arrest in Rem – Page 1 of 5**

g.  2016 Land Rover, VIN: SALGS2EF9GA247404, seized from Zameer Lokhandwalla on June 18, 2020,

h.  2015 BMW i8 Coupe VIN: ****2966 seized by the DEA on June 22, 2020 in Plano, TX.

i.  Gold Coins and Gold bars seized from Zameer Lokhandwalla on June 18, 2020:

    1. Ten 1 oz Canadian Maple Leaf Gold $50 coins,

    2. Two 1 oz Canadian Maple Leaf Gold $50 coins,

    3. One 1 oz 2011 U.S. American Eagle Gold $50 coin,

    4. One 1913 U.S. Indian Quarter Eagle Gold Coin,

    5. Four 1927 Great Britain Sovereign Gold Coins,

    6. Three Great Britain Sovereign Gold Coins,

    7. One Middle East Gold Round,

    8. One 1/10th oz 2006 U.S. American Eagle Gold Coin,

    9. Five 37.5 grams CM Assayers .999 Find Gold Bullion Bars,

    10. Two 5 Gram PAMP .999 Find Gold Bullion Bars,

    11. One 10 Grams Pert Mint .999 Fine Gold Bullion Bar,

    12. One 1 oz PAMP Fine Gold Bullion Bar,

    13. One 100 Grams Valcambi Suisse .999 Fine Gold Bullion Bar,

    14. Four 1 oz .999 Fine Gold Bullion Bars.

j. Assorted Jewelry seized from Zameer Lokhandwalla on June 18, 2020:

    1. One Diamond Engagement Ring by Dayanii in 18K White Gold,

    2. One Diamond Engagement Ring by "KC" in 14K White Gold,

    3. One Pave Diamond Cat Pendant in 14K White Gold,

    4. One Diamond Semi-Mount by "Rayalty" in 18K White Gold,

    5. One Princess Diamond Engagement Ring in 14K Yellow Gold,

    6. One Ruby and Diamond Fashion Ring in 18K Yellow Gold,

    7. One Diamond Free-Form Ring in 18K Two Tone Gold,

    8. One Diamond Fashion Ring in 14K White Gold,

    9. One Pearl and Diamond Fashion Ring in 18K Yellow Gold,

    10. One Saddle Style Diamond Fashion Ring in White Gold,

    11. One Diamond Fashion Ring by "Rayalty" in 18K Two Tone Gold,

    12. One Double Trillian Diamond Engagement Ring in 14K Yellow Gold,

    13. One Rolex GMT Master II Serial No. KX606885,

  k. Assorted Jewelry seized from Zameer Lokhandwalla on June 18, 2020:

    1. One Pave Diamond Cat Pendant in 14K White Gold – 30.5 Grams,

    2. One Mens Audemars Piquet Royal Oak Offshore Watch,

  l. Assorted Jewelry seized from Reshma Damanwalla on June 18, 2020:

    1. One Ruby and Diamond Ring in 18K White Gold,

    2. One Ring Style Diamond Pendant by "Rayalty" in 14K Two Tone Gold,

**Warrant of Arrest in Rem – Page 3 of 5**

    3. One Cartier Diamond Bracelet in 18K Yellow Gold,

    4. One Diamond Solitaire Earring 14K White Gold,

    5. One Diamond Bracelet in 14K White Gold, and

    6. One Rolex Perpetual Datejust

(collectively, defendant property)

alleging that the property is subject to seizure and forfeiture to the United States for the reasons alleged in the complaint.

  The defendant property is currently in the possession, custody, or control of the United States.

  In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property.

  Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

  YOU ARE COMMANDED to do the following:

  1. To arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

2. Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner employed.

Dated: December 30, 2020

                                        DAVID O'TOOLE
                                        Clerk of the Court
                                        United States District Court for the
                                        Eastern District of Texas

                                By: *[signature: Becca Ferrill]*
                                      Deputy Clerk